IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

EDDIE LEE RADFORD,                        No. CIV-S-04-1679 MCE/KJM P

        Plaintiff,

   v.                                     ORDER

T. FELKER, ET AL.,

        Defendants.
_____/

    Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

    On July 27, 2005, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within twenty days.

///

1

1 | Plaintiff has not filed objections to the findings and
2 | recommendations.
3 |     The court has reviewed the file and finds the findings and
4 | recommendations to be supported by the record and by the
5 | magistrate judge's analysis.  Accordingly, IT IS HEREBY ORDERED
6 | that:
7 |     1.  The findings and recommendations filed July 27, 2005,
8 | are adopted in full; and
9 |     2.  This action is dismissed without prejudice.  <u>See</u> Local
10 | Rule 11-110; Fed. R. Civ. P. 41(b).
11 | DATED: September 20, 2005

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE